1 | BORIS FELDMAN, State Bar No. 128838
boris.feldman@wsgr.com
2 | DOUGLAS J. CLARK, State Bar No. 171499
dclark@wsgr.com
3 | CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
4 | BENJAMIN M. CROSSON, State Bar No. 247560
khenderson@wsgr.com
5 | MOLLY A. ARICO, State Bar No. 260472
marico@wsgr.com
6 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
7 | 650 Page Mill Road
Palo Alto, CA 94304-1050
8 | Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
TeleNav, Inc., H.P. Jin, Douglas S. Miller,
Shawn Carolan, Samuel Chen, Hon Jane Chiu,
Soo Boon Koh, and Joseph M. Zaelit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SMITH, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELENAV, INC., H.P. JIN, DOUGLAS S. MILLER, SHAWN CAROLAN, SAMUEL CHEN, HON JANE CHIU, SOO BOON KOH, JOSEPH M. ZAELIT, J.P. MORGAN SECURITIES INC. and DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | CASE NO.: 3:10-cv-3942-SC<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, Plaintiff David Smith filed a Complaint against Defendants TeleNav, Inc., H.P. Jin, Douglas S. Miller, Shawn Carolan, Samuel Chen, Hon Jane Chiu, Soo Boon Koh, Joseph M. Zaelit, J.P. Morgan Securities Inc., and Deutsche Bank Securities Inc. on September 2, 2010 (the "Action");

WHEREAS, a number of the Defendants were served with the summons and complaint;

WHEREAS, the undersigned parties anticipate that additional complaints may be filed, and a Lead Plaintiff and Lead Counsel will need to be appointed;

WHEREAS, the undersigned parties anticipate that, following the appointment of Lead Plaintiff, an amended complaint will be filed;

WHEREAS, the case management conference is currently scheduled before this Court on December 17, 2010 at 10:00 a.m.;

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. Defendants need not respond to the complaint filed September 2, 2010;

2. After the appointment of a Lead Plaintiff and Lead Counsel, Defendants and Lead Plaintiff shall meet and confer to determine a schedule for the filing of an amended complaint, and Defendants' response thereto.  The parties will file a stipulated schedule for approval by the Court; and

3. The case management conference currently scheduled for December 17, 2010 at 10:00 a.m. shall be continued until June 10, 2011 at 10:00 a.m.  The parties shall file one joint case management statement seven (7) days prior to June 10, 2011.

The Parties respectfully request that the Court enter an Order approving this Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

REVISED STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND CONTINUING
CASE MANAGEMENT CONFERENCE,
C-10-3942-SC

-1-

Respectfully submitted,

Dated: October 4, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: _____/s/ Caz Hashemi_____
Caz Hashemi

Attorneys for Defendants TeleNav, Inc., H.P. Jin, Douglas S. Miller, Shawn Carolan, Samuel Chen, Hon Jane Chiu, Soo Boon Koh, and Joseph M. Zaelit

Dated: October 4, 2010

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

By: _____/s/ Shawn A. Williams_____
Shawn A. Williams

Attorneys for Plaintiff David Smith

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 5, 2010

_____
United States District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

REVISED STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND CONTINUING
CASE MANAGEMENT CONFERENCE,
C-10-3942-SC

-2-

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Caz Hashemi, attest that concurrence in the filing of this document has been obtained from the signatory, Shawn A. Williams.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of October, 2010 at San Francisco, California.

By:   /s/ Caz Hashemi
       Caz Hashemi

*Attorneys for Defendants TeleNav, Inc., H.P. Jin, Douglas S. Miller, Shawn Carolan, Samuel Chen, Hon Jane Chiu, Soo Boon Koh, and Joseph M. Zaelit*