1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
Post Montgomery Center
3 | One Montgomery Street, Suite 1800
San Francisco, CA  94104
4 | Telephone:  415/288-4545
415/288-4534 (fax)
5 | shawnw@rgrdlaw.com
       – and –
6 | DARREN J. ROBBINS (168593)
TRICIA L. McCORMICK (199239)
7 | 655 West Broadway, Suite 1900
San Diego, CA  92101
8 | Telephone:  619/231-1058
619/231-7423 (fax)
9 | darrenr@rgrdlaw.com
triciam@rgrdlaw.com
10 |
11 | [Proposed] Lead Counsel for Plaintiff
12 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID SMITH, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 10-cv-03942-SC |
|---|---|---|
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | [PROPOSED] ORDER GRANTING DAVID SMITH'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |
| TELENAV, INC., et al., | ) ) | |
| Defendants. | ) ) | |

584502_1

1      Having considered David Smith's Motion for Appointment as Lead Plaintiff and Approval of

2   Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as

3   follows:

4          1.      The Motion is GRANTED;

5          2.      The Court, having considered the provisions of the Private Securities Litigation

6   Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints David Smith as Lead Plaintiff; and

7          3.      Lead Plaintiff's choice of counsel is approved.  Robbins Geller Rudman & Dowd

8   LLP is approved as Lead Counsel for the class.

9          IT IS SO ORDERED.

10
DATED:  February 3, 2011

11
                                                THE HONORABLE SAMUEL CONTI
12                                              UNITED STATES DISTRICT SENIOR JUDGE

13   Submitted by:

14   ROBBINS GELLER RUDMAN
        & DOWD LLP
15   DARREN J. ROBBINS
     TRICIA L. MCCORMICK

16

17          s/ TRICIA L. McCORMICK
                TRICIA L. McCORMICK
18
     655 West Broadway, Suite 1900
19   San Diego, CA  92101-3301
     Telephone:  619/231-1058
20   619/231-7423 (fax)

21   ROBBINS GELLER RUDMAN
        &DOWD LLP
22   SHAWN A. WILLIAMS
     Post Montgomery Center
23   One Montgomery Street, Suite 1800
     San Francisco, CA  94104
24   Telephone:  415/288-4545
     415/288-4534 (fax)
25
     [Proposed] Lead Counsel for Plaintiff
26

27

28

584502_1     [PROPOSED] ORDER GRANTING DAVID SMITH'S MOTION FOR APPOINTMENT AS LEAD
             PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 10-cv-03942-SC          - 1 -

1

CERTIFICATE OF SERVICE

2        I hereby certify that on November 1, 2010, I authorized the electronic filing of the foregoing

3    with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4    the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5    caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6    CM/ECF participants indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed on November 1, 2010.

9
                                            s/ TRICIA L. McCORMICK
10                                          TRICIA L. McCORMICK

11                                          ROBBINS GELLER RUDMAN
                                               & DOWD LLP
12                                          655 West Broadway, Suite 1900
                                            San Diego, CA  92101-3301
13                                          Telephone:  619/231-1058
                                            619/231-7423 (fax)
14
                                            E-mail:TriciaM@rgrdlaw.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

584502_1