1  ROBBINS GELLER RUDMAN
    & DOWD LLP
2  DANIEL J. PFEFFERBAUM (248631)
    Post Montgomery Center
3  One Montgomery Street, Suite 1800
    San Francisco, CA 94104
4  Telephone: 415/288-4545
    415/288-4534 (fax)
5  dpfefferbaum@rgrdlaw.com
        – and –
6  DARREN J. ROBBINS (168593)
    JOHN J. RICE (140865)
7  TRICIA L. McCORMICK (199239)
    655 West Broadway, Suite 1900
8  San Diego, CA 92101
    Telephone: 619/231-1058
9  619/231-7423 (fax)
    darrenr@rgrdlaw.com
10 jrice@rgrdlaw.com
    triciam@rgrdlaw.com
11
    Lead Counsel for Plaintiff
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| DAVID SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TELENAV, INC., et al.,<br><br>    Defendants. | No. 10-cv-03942-SC<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CHANGING TIME FOR FILING LEAD PLAINTIFF'S AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE [AMENDED] |

607669_1

1  WHEREAS, Plaintiff David Smith filed a complaint against defendants TeleNav, Inc., H.P. Jin, Douglas S. Miller, Shawn Carolan, Samuel Chen, Hon Jane Chiu, Soo Boon Koh, Joseph M. Zaelit, J.P. Morgan Securities Inc., and Deutsche Bank Securities Inc. on September 2, 2010 (Dkt. No. 1);

WHEREAS, on October 5, 2010, the Court entered an order extending time to respond to the complaint and continuing the case management conference to June 10, 2011 (Dkt. No. 6);

WHEREAS, on November 1, 2010, plaintiff moved for appointment as lead plaintiff and the appointment of Robbins Geller Rudman & Dowd, LLP as lead counsel (Dkt. No. 11);

WHEREAS, on February 3, 2011, the Court granted plaintiff's motion for appointment as lead plaintiff and selection of lead counsel (Dkt. No. 16);

WHEREAS, the parties met and conferred and agreed, subject to the Court's approval, to the following briefing schedule:

1. Plaintiff's amended complaint shall be filed no later than March 21, 2011;
2. Defendants' motion to dismiss shall be filed no later than May 5, 2011;
3. Plaintiff's opposition to defendants' motion shall be filed no later than June 20, 2011;
4. Defendants' reply shall be filed no later than July 11, 2011;

WHEREAS, the parties request that the Court set a hearing on the motion to dismiss for July 29, 2011 or on a date thereafter which is convenient for the Court;

WHEREAS, the parties request that the Court continue the case management conference, currently set for June 10, 2011, to the same date as the hearing on defendants' motion to dismiss.

NOW THEREFORE, it is stipulated and agreed:

1. Plaintiff shall file an amended complaint no later than March 21, 2011;
2. Defendants shall file their motion to dismiss no later than May 5, 2011;
3. Plaintiff shall file its opposition to defendants' motion no later than June 20, 2011;
4. Defendants shall file their reply no later than July 11, 2011;
5. A hearing on defendants' motion to dismiss shall be set for July 29, 2011, or a date thereafter convenient for the Court;

607669_1

STIP AND [PROP] ORD CHANGING TIME FOR FILING LEAD PLTFF'S AMENDED COMPL'T, SETTING BRIEF'G SCHED ON MTD AND CONT'G CASE MGMT CONF - 10-cv-03942-SC  - 1 -

6. The case management conference currently set for June 10, 2011, shall be continued to July 29, 2011 or to the same date as the hearing on defendants' motion to dismiss.

The parties respectfully request that the Court enter an Order approving this Stipulation.

DATED: February 14, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIEL J. PFEFFERBAUM

/s/ DANIEL J. PFEFFERBAUM
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
JOHN J. RICE
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

DATED: February 14, 2011

WILSON SONSINI GOODRICH
 & ROSATI, P.C.
Professional Corporation
BORIS FELDMAN
DOUGLAS J. CLARK
CAZ HASHEMI
BENJAMIN M. CROSSON
MOLLY A. ARICO

/s/ CAZ HASHEMI
CAZ HASHEMI

```
                                        650 Page Mill Road
                                        Palo Alto, California 94304-1050
                                        Telephone: 650/493-9300
                                        650/493-6811 (fax)

                                        Counsel for Defendants Telenav, Inc., H.P. Jin,
                                        Douglas S. Miller, Shawn Carolan, Samuel Chen,
                                        Hon Jane Chiu, Soo Boo Koh and Joseph M.
                                        Zaelit

DATED: February 14, 2011                LATHAM & WATKINS LLP
                                        PATRICK E. GIBBS

                                        _____
                                        PATRICK E. GIBBS

                                        140 Scott Drive
                                        Menlo Park CA 94025
                                        Telephone: 650/328-4600
                                        650/463-2600 (fax)

                                        Counsel for Defendants J.P. Morgan Securities
                                        Inc. and Deutsche Bank Securities Inc.
```

\* \* \*

## ORDER

The hearing on Motion to Dismiss shall be heard on August 12, 2011 @ 10:00 a.m.

The Case Management Conference shall be continued to September 9, 2011 @ 10:00 a.m.

IT IS SO ORDERED.

DATED: 2/15/11

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

STIP AND [PROP] ORD CHANGING TIME FOR FILING LEAD PLTFF'S AMENDED COMPL'T,
SETTING BRIEF'G SCHED ON MTD AND CONT'G CASE MGMT CONF - 10-cv-03942-SC        - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 15, 2011.

      s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: DPfefferbaum@rgrdlaw.com

607669_1

# Mailing Information for a Case 3:10-cv-03942-SC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Molly Allison Arico**
  marico@wsgr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com,Jennifer.Duckworth@lw.com

- **Caz Hashemi**
  CHASHEMI@WSGR.COM,tbell@wsgr.com,vmendoza@wsgr.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Sara Terese Wickware**
  Sara.Wickware@LW.com,svdocket@lw.com,Deborah.Peterson@lw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)