ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
    – and –
JOHN J. RICE (140865)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
jrice@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>TELENAV, INC., et al.,<br><br>    Defendants. | No. 10-cv-03942-SC<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT AND STAYING FURTHER PROCEEDINGS |

627716_1

1  WHEREAS, on September 2, 2010, plaintiff David Smith ("Plaintiff") filed a complaint against defendants TeleNav, Inc., H.P. Jin, Douglas S. Miller, Shawn Carolan, Samuel Chen, Hon Jane Chiu, Soo Boon Koh, Joseph M. Zaelit, J.P. Morgan Securities Inc., and Deutsche Bank Securities Inc. (collectively "Defendants") (Dkt. No. 1);

WHEREAS, on November 1, 2010, Plaintiff moved for appointment as lead plaintiff and the appointment of Robbins Geller Rudman & Dowd, LLP as lead counsel (Dkt. No. 11);

WHEREAS, on February 3, 2011, the Court granted Plaintiff's motion for appointment as lead plaintiff and selection of lead counsel (Dkt. No. 16);

WHEREAS, on February 15, 2011, by stipulation, the Court set a briefing schedule for Plaintiff's amended complaint and Defendants' motion to dismiss, and set a hearing date of August 12, 2011 for Defendants' motion to dismiss and a case management conference for September 9, 2011 (Dkt. No. 19);

WHEREAS, on March 21, 2011, Plaintiff filed his Amended Complaint for Violation of the Federal Securities Laws ("Amended Complaint") (Dkt. No. 20);

WHEREAS, on May 4 and 5, 2011, Defendants filed their Notice of Motion and Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") (Dkt. Nos. 21-24);

WHEREAS, on May 18, 2011, the parties attended a mediation session with the Hon. Layn R. Phillips (Ret.);

WHEREAS, through continued dialogue facilitated by Judge Phillips, on May 31, 2011, the parties reached an agreement in principle to resolve this action;

WHEREAS, counsel for Plaintiff and counsel for Defendants are currently working together on a Stipulation of Settlement to be submitted to the Court with a motion for preliminary approval of settlement no later than July 15, 2011;

WHEREAS, in light of the agreement reached, the parties request that the Court vacate the August 12, 2011 hearing date and the September 9, 2011 case management conference and stay all further proceedings.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.  The hearing on Defendants' Motion to Dismiss, scheduled for August 12, 2011, shall be vacated.

2.  The case management conference scheduled for September 9, 2011 shall be vacated.

3.  Counsel for Plaintiff and counsel for Defendants shall submit a Stipulation of Settlement and a motion for preliminary approval of settlement to the Court no later than July 15, 2011.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: June 1, 2011

ROBBINS GELLER RUDMAN
  &DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM


    s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. RICE
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
BRETT M. WEAVER
501 West Broadway, Suite 1720
San Diego, CA  92101
Telephone:  619/230-0063
619/238-0622 (fax)

Additional Counsel for Plaintiff

627716_1   STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND STAYING
FURTHER PROCEEDINGS - 10-cv-03942-SC                                                                                      - 2 -

| | | |
|---|---|---|
| 1 | DATED: June 1, 2011 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | Professional Corporation |
| | | BORIS FELDMAN |
| 3 | | DOUGLAS J. CLARK |
| | | CAZ HASHEMI |
| 4 | | BENJAMIN M. CROSSON |
| | | MOLLY A. ARICO |

                                                                                                                                                                                                             s/ Boris Feldman
                                                                                                                                                                                                             BORIS FELDMAN

650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

Counsel for Defendants Telenav, Inc., H.P. Jin, Douglas S. Miller, Shawn Carolan, Samuel Chen, Hon Jane Chiu, Soo Boo Koh and Joseph M. Zaelit

DATED: June 1, 2011                                  LATHAM & WATKINS LLP
                                                                                                                                                                      PATRICK E. GIBBS

                                                                            s/ Patrick E. Gibbs
                                                                          PATRICK E. GIBBS

140 Scott Drive
Menlo Park CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)

Counsel for Defendants J.P. Morgan Securities Inc. and Deutsche Bank Securities Inc.

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement and Staying Further Proceedings. In compliance with General Order No. 45, X.B., I hereby attest that Boris Feldman and Patrick E. Gibbs have concurred in this filing.

                                                                           s/ Daniel J. Pfefferbaum
                                                                           DANIEL J. PFEFFERBAUM

**O R D E R**

1. The hearing on Defendants' Motion to Dismiss, scheduled for August 12, 2011, is vacated.

2. ~~The case management conference scheduled for September 9, 2011 is vacated.~~ SC

3. Counsel for Plaintiff and counsel for Defendants shall submit a Stipulation of Settlement and a motion for preliminary approval of settlement to the Court no later than July 15, 2011.

DATED: June 2, 2011



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 1, 2011.

   s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: dpfefferbaum@rgrdlaw.com

627716_1

# Mailing Information for a Case 3:10-cv-03942-SC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Molly Allison Arico**
  marico@wsgr.com,cjohnston@wsgr.com

- **Benjamin Matthew Crosson**
  bcrosson@wsgr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com,Jennifer.Duckworth@lw.com

- **Caz Hashemi**
  CHASHEMI@WSGR.COM,tbell@wsgr.com,vmendoza@wsgr.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Sara Terese Wickware**
  Sara.Wickware@LW.com,svdocket@lw.com,Deborah.Peterson@lw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`