IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TELENAV, INC., et al.,<br><br>        Defendants. | Case No. 10-CV-3942 SC<br><br>ORDER CONTINUING PRELIMINARY APPROVAL HEARING AND CASE MANAGEMENT CONFERENCE |

In accordance with the parties' stipulation, ECF No. 29, the hearing on Plaintiff's motion for preliminary approval of class action settlement and the case management conference currently scheduled for September 9, 2011, are hereby continued until the hearing on Plaintiff's re-noticed and re-filed motion for preliminary approval.

Lead plaintiff shall re-notice and re-file his motion for preliminary approval no later than October 7, 2011. The case management conference and hearing on Plaintiff's re-filed motion shall take place on November 18, 2011, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: September 2, 2011

                                       UNITED STATES DISTRICT JUDGE