**United States District Court**
Northern District of Washington

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TELENAV, INC., et al.,<br><br>　　　　Defendants. | Case No. C-10-3942 SC<br><br>ORDER FOR SUPPLEMENTAL <u>BRIEFING</u> |

　　　Now before the Court are Plaintiff's unopposed Motions for Final Approval of Class Action Settlement and for Attorney Fees and Expenses. ECF Nos. 37, 38. During the Court's February 24, 2012 hearing on the Motion, the Court asked the parties to provide additional information concerning the number of claim forms received in response to the notice provided to the class members. ECF No. 43. Plaintiff recently informed the Court that the Claims Administrator has received 661 proofs of claim. ECF No. 44. This information is not altogether helpful since it is still unclear how much each claimant stands to gain from the proposed settlement or what proportion of shareholders have actually submitted a claim. Accordingly, the Court ORDERS Plaintiff to submit further

supplemental briefing on this issue.

The supplemental briefing shall include the following information: the total, average, and median number of Telenav shares held by the 661 claimants during the class period; the highest and lowest number of shares held by any one claimant during the class period; the total number of shares implicated in this class action; the average loss per share incurred by the class members during the class period; and the average recovery per share that the claimants stand to gain from the proposed settlement (assuming that the Court grants Plaintiff's motion for attorney's fees and other expenses). Plaintiff shall submit this information within fourteen (14) days of this Order.

IT IS SO ORDERED.

Dated: March 19, 2012

_____
UNITED STATES DISTRICT JUDGE