UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TELENAV, INC., et al.,<br><br>                Defendants. | No. 10-cv-03942-SC<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>DATE:    February 24, 2012<br>TIME:    10:00 a.m.<br>CTRM:   The Honorable Samuel Conti |

1       This matter came before the Court for hearing pursuant to the Revised Order Preliminarily

2  Approving Settlement and Providing for Notice ("Order") dated November 15, 2011, on the

3  application of the parties for approval of the settlement set forth in the Stipulation of Settlement

4  dated as of July 15, 2011 (the "Stipulation").  Due and adequate notice having been given to the

5  Class as required in said Order, and the Court having considered all papers filed and proceedings had

6  herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS

7  HEREBY ORDERED, ADJUDGED, AND DECREED that:

8       1.     This Judgment incorporates by reference the definitions in the Stipulation, and all

9  terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set

10  forth herein.

11       2.     This Court has jurisdiction over the subject matter of the Action and over all parties to

12  the Action, including all Members of the Class.

13

14       3.     The Court hereby finally certifies a Class defined as: "all Persons (other than those

15  Persons who timely and validly requested exclusion from the Class as shown on Exhibit 1 attached

16  hereto) who purchased TeleNav common stock pursuant to and/or traceable to the Company's IPO

17  on or about May 13, 2010 through September 2, 2010, inclusive.  Excluded from the Class are

18  Defendants, members of the immediate family of the Individual Defendants, the directors, officers,

19  subsidiaries, and affiliates of TeleNav and the Underwriter Defendants, any person, firm, trust,

20  corporation, officer, director or other individual or entity in which any Defendant has a controlling

21  interest, and the legal representatives, affiliates, heirs, successors-in-interest or assigns of any such

22  excluded person."

23

24       4.     Pursuant to Federal Rule of Civil Procedure 23, the Court hereby approves the

25  settlement set forth in the Stipulation as fair, reasonable, and adequate.

26       5.     Accordingly, the Court authorizes and directs implementation and performance of all

27  the terms and provisions of the Stipulation, as well as the terms and provisions hereof.  The Court

28

1  hereby dismisses the Action and all Released Claims of the Class with prejudice and without costs as

2  to any party, except as and to the extent provided in the Stipulation and herein.

3        6.      Upon the Effective Date hereof, the Lead Plaintiff, and each and every Class Member

4  shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever

5  waived, released, relinquished, discharged, and dismissed each and every one of the Released Claims

6  against each and every one of the Released Persons, whether or not such Class Member executes and

7  delivers the Proof of Claim and Release, and whether or not such Class Member shares in the

8  Settlement Fund.

9        7.      All Class Members are hereby forever barred and enjoined from prosecuting any of

10  the Released Claims against any of the Released Persons.

11        8.      Upon the Effective Date hereto, each of the Released Persons shall be deemed to

12  have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished,

13  and discharged Lead Plaintiff, each and all of the Class Members, Lead Counsel, and Plaintiff's

14  Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection

15  with the institution, prosecution, assertion, settlement or resolution of the Action or the Released

16  Claims.

17        9.      The Notice of Proposed Settlement of Class Action given to the Class was the best

18  notice practicable under the circumstances, including the individual notice to all Members of the

19  Class who could be identified through reasonable effort. Said notice provided the best notice

20  practicable under the circumstances of those proceedings and of the matters set forth therein,

21  including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice,

22  and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the

23  requirements of due process.

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE
- 10-cv-03942-SC

10.     Any Plan of Allocation submitted by Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall be considered separate from this Final Judgment.

11.     Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants or their respective Related Parties, or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or their respective Related Parties in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal.  The Defendants and/or their respective Related Parties may file the Stipulation and/or this Judgment from the Action in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

12.     Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, interest, and expenses in the Action; and (d) all parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

13.     The Court finds that during the course of the Action, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE
- 10-cv-03942-SC                                                                                          - 3 -

14.    In the event that the settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants or their insurers, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

15.    Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

IT IS SO ORDERED.

DATED:  May 16, 2012 _____

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES SENIOR DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  &DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. RICE
JEFFREY D. LIGHT


_____ s/ Jeffrey D. Light _____
            JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

634289_4

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE
- 10-cv-03942-SC

- 4 -

1

JOHNSON & WEAVER, LLP
2  FRANK J. JOHNSON
BRETT M. WEAVER
3  501 West Broadway, Suite 1720
San Diego, CA  92101
4  Telephone:  619/230-0063
619/238-0622 (fax)
5
Additional Counsel for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE
- 10-cv-03942-SC

EXHIBIT 1





RECEIVED *EC*

JAN 1 2 2012

CLAIMS CENTER

# Exclusion Cover Page

Case Name:  TeleNav Inc

Case Code:  TELENAV

Exclusion Deadline:  1/30/12 (Postmark Date)

Name of Person Filing Exclusion: Steven G. Britt

January 9, 2012

Dear Sirs,

I am writing to exclude myself from *Smith v. TeleNav, Inc., et al.* No. 10-cv-03942-SC.

TeleNav Purchases

| Purchase Date | Shares | Purchase Price / Share |
|---|---|---|
| 08/06/10 | 2,490 | 4.74 |

TeleNav Sales

| Sales Date | Shares | Sales Price | Proceeds |
|---|---|---|---|
| 08/05/2011 | 200 | $9.2601 | $1,844.03 |
| 08/05/2011 | 1,184 | $9.26 | $10,963.62 |

TeleNav Shares Currently Held

| Purchase Date | Shares |
|---|---|
| 08/06/10 | 1,106 |

Thank You,

Steven G. Britt



USA FIRST-CLASS FOREVER

TRANSFER CX 78743

05 JAN 2012 PM 5 L

Steven G. Britt, M.D.

RECEIVED
JAN 1 3 2012
CLAIMS CENTER

*TeleNav Securities Action*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

TELENAV

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following Designated Internet Site at: http://securities.stanford.edu.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 17, 2012.

s/ Jeffrey D. Light
JEFFREY D. LIGHT

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:jeff;@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-03942-SC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Molly Allison Arico**
  marico@wsgr.com,cjohnston@wsgr.com

- **Douglas John Clark**
  dclark@wsgr.com

- **Benjamin Matthew Crosson**
  bcrosson@wsgr.com

- **Boris Feldman**
  cfoung@wsgr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com,Jennifer.Duckworth@lw.com

- **Caz Hashemi**
  CHASHEMI@WSGR.COM,tbell@wsgr.com,vmendoza@wsgr.com

- **Jeffrey David Light**
  jeffl@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Sara Terese Wickware**
  Sara.Wickware@LW.com,svdocket@lw.com,Deborah.Peterson@lw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)